# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-4300
_____

CARMUS RENSELER SHAW,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Baker County.
James M. Colaw, Judge.

March 22, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, ROWE, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, and Pamela D. Presnell, Assistant
Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Jennifer J. Moore and Amanda D. Stokes, Assistant Attorneys General, Tallahassee, for Appellee.